# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DERREASE L. IRONS,**

      **Plaintiff,**

**v.**                                       **Case No:   6:16-cv-479-Orl-37GJK**

**CITY OF HOLLY HILL, STEPHEN ALDRICH and JAMES PATTON,**

      **Defendants.**

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**    **EMERGENCY REQUEST FOR INJUNCTIVE RELIEF (Doc. No. 46)**
>
> **FILED:**    **February 6, 2017**
>
> ---
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

> **MOTION:**    **DEFENDANT SERGEANT JAMES PATTON'S MOTION TO STRIKE PLAINTIFF'S EMERGENCY MOTION FOR INJUNCTIVE RELIEF (Doc. No. 48)**
>
> **FILED:**    **February 9, 2017**
>
> ---
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED AS MOOT.**

On February 6, 2017, Plaintiff, proceeding *pro se*, filed his request for injunctive relief (the "Motion"). Doc. No. 46. In the Motion, Plaintiff names parties that have not been joined in this case. *Id.* at 1. Plaintiff also states that the Court should have received his civil rights complaint by

January 27, 2017. *Id.* However, in this case, Plaintiff has not filed a complaint since June 27, 2016. Doc. No. 23.

In the Motion, Plaintiff alleges that the Volusia County Jail (the "Jail") prevents detainees from using the phone to contact legal counsel and public officials. Doc. No. 46 at 2. Plaintiff seeks a court order requiring the Jail to "to restore visitation and phone calls to the outside world and to restore all other privileges that [have] been denied and stripped from inmates without a disciplinary hearing…which is a violation of due process." *Id.* On February 9, 2017, Defendant, Sergeant James Patton moved to strike the Motion (the "Motion to Strike"), noting that "it appears [Plaintiff's] request was filed in the wrong case." Doc. No. 48 at 1.

The undersigned agrees. Plaintiff has initiated two separate actions against the Defendants named in the Motion, *Irons v. County of Volusia et al.,* 6:17-cv-163-CEM-DCI (the "Volusia Action") and *Irons v. Flowers et. al.*, 6:17-cv-22-PGB-KRS (the "Flowers Action"). In the Volusia Action, Plaintiff filed a complaint under 42 U.S.C. § 1983 stating allegations similar to those stated in the Motion. *See Irons v. County of Volusia et al.,* 6:17-cv-163-CEM-DCI (Doc. No. 1). Such complaint was filed on January 31, 2017, around the time Plaintiff states the Court should have received the complaint referred in the Motion. *Id.* The complaint filed in the Volusia Action also names the same parties mentioned in the Motion *Id.* On February 13, 2017, Plaintiff moved to voluntarily dismiss the Volusia Action, and the Court dismissed the case on February 16, 2017. *Irons v. County of Volusia et al.,* 6:17-cv-163-CEM-DCI (Doc. Nos. 5, 6). The Flowers Action is still pending. *See Irons v. Flowers et. al.*, 6:17-CV-22-PGB-KRS.

Plaintiff does not name any of the parties in this case in the Motion. Doc. No. 46. Furthermore, the Motion's allegations are far different from the central issue in this case, which

involves an alleged unlawful search of Plaintiff's vehicle. *See* Doc. No. 55. Based on the foregoing, the undersigned finds that the Motion should be denied.

Accordingly, it is **RECOMMENDED** that the Court:

1) **DENY** the Motion (Doc. No. 46); and

2) **DENY** the Motion to Strike (Doc. No. 48) **AS MOOT.**

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1. In order to expedite the final disposition of this matter, if the parties have no objection to this report and recommendation, they may promptly file a joint notice of no objection.

Recommended in Orlando, Florida on April 7, 2017.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy