UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEREASE L. IRONS,

    Plaintiff,

v.                                         Case No. 6:16-cv-479-Orl-37GJK

CITY OF HOLLY HILL; STEPHEN
ALDRICH; and JAMES PATTON,

    Defendants.

## ORDER

In the instant civil rights action, Plaintiff is proceeding *pro se* against officer James Patton in his individual capacity ("**Patton**") and police chief Stephen Aldrich in his official capacity ("**Aldrich**"). As such, the Court construes the claim against Aldrich as a claim against the City of Holly Hill ("**the City**"). *See Busby v. City of Orlando*, 931 F.2d 764, 776 (11th Cir. 1991).

In light of Plaintiff's *pro se* status, the Court has allowed him to proceed on claims set forth in separate iterations of the Complaint—namely: (1) an unlawful search claim against Patton as set forth in the First Amended Complaint ("**Count I**") (Doc. 23, ¶¶ 1–44); and (2) an unlawful search claim against the City as set forth in the Second Amended Complaint ("**Count II**") (Doc. 61). (Doc. 70.)

On May 4, 2017, the City moved to dismiss Count II on several grounds. (Doc. 73 ("**the City's MTD**").) In response, Plaintiff moved to voluntarily dismiss Count II, conceding the difficulties of proceeding against the City without counsel. (Doc. 74

-1-

("**Plaintiff's MTD**").) Upon consideration of Plaintiff's MTD, the Court construes the City's MTD as unopposed and finds that it is due to be granted. Going forward, this action will proceed on Count I alone—that is, the unlawful search claim set forth against Patton in the First Amended Complaint (Doc. 23, ¶¶ 1–44).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant City of Holly Hill's Motion to Dismiss Count II of the Complaint (Doc. 73) is **GRANTED**.

2. Plaintiff's Amended Complaint Against the City of Holly Hill [and] Stephen Aldrich[] [Pursuant to] 42 U.S.C. § 1983 (Doc. 61) is **DISMISSED**.

3. Plaintiff's Motion to Voluntar[ily] Dismiss [the] Second [A]mended Complaint and Proceed with [His] First [A]mended Complaint (Doc. 74) is **DENIED AS MOOT**.

4. The Clerk is **DIRECTED** to **TERMINATE** Defendants City of Holly Hill and Stephen Aldrich as parties to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 9, 2017.

ROY B. DALTON JR.
United States District Judge

Copies to:
*Pro se* Plaintiff
Counsel of Record